# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JUDY GALE RAGAN**                                                          **PLAINTIFF**

**v.**                                 **CIVIL ACTION NO. 1:19cv00148-JMV**

**ANDREW SAUL, Commissioner**
**of Social Security**                                               **DEFENDANT**

## **FINAL JUDGMENT**

Consistent with the Order [19] granting Defendant's motion for remand of this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 3rd day of February, 2020.

                                                               /s/ Jane M. Virden
                                                               UNITED STATES MAGISTRATE JUDGE