IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JUDY GALE RAGAN**                                                  **PLAINTIFF**

v.                                                      **CIVIL ACTION NO. 1:19cv00148-JMV**

**ANDREW SAUL, Commissioner**
**of Social Security**                                              **DEFENDANT**

## ORDER

**BEFORE THE COURT** are Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act [21] and the Commissioner's response [22]. For the reasons stated in Plaintiff's petition, the Court finds Plaintiff is entitled to an award of attorney fees, except that the Court agrees with the Commissioner that the correct, adjusted, hourly rate for calculation of fees is $201.98, not $202.82. Further, because the Commissioner does not object to an additional award of $400.00 as reimbursement for costs, the same will also be awarded.

Accordingly, it is hereby ORDERED that Plaintiff's motion is granted in part, and Plaintiff is awarded $5,756.43 in attorney fees. Pursuant to *Astrue vs. Ratliff*, 130 S. Ct. 2521 (2010), the check should be made payable to Plaintiff (for the benefit of her counsel).

IT IS FURTHER ORDERED that Plaintiff is awarded $400.00 as reimbursement for costs.

SO ORDERED this 17th day of April, 2020.

/s/ Jane M. Virden
United States Magistrate Judge